## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Louis Martin
                          Plaintiff,

v.                                           Case No.: 1:18−cv−05906
                                                          Honorable Ronald A. Guzman

City of Chicago, et al.
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 19, 2018:

    MINUTE entry before the Honorable M. David Weisman: A settlement conference is set for 12/11/18 at 2:00 p.m. Plaintiff's settlement letter shall be delivered to Defendants, with a courtesy copy delivered to the Court, in chambers, on or before 11/27/18. Defendants' settlement letter shall be delivered to Plaintiff, with a courtesy copy delivered to the Court, in chambers, on or before 12/4/18. The parties must also submit their respective documents by email to Proposed_Order_Weisman@ilnd.uscourts.gov. However, please note that settlement letters are not to be filed on the CM−ECF system. By agreement, defendants' division deputy need not be present, but must be available via telephone for ready−consultation for the duration of the settlement conference. The Court looks forward to meeting with the parties at the settlement conference. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.