# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Louis Martin

                    Plaintiff,

v.                                      Case No.: 1:18−cv−05906
                                      Honorable Ronald A. Guzman

City of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 11, 2018:

      MINUTE entry before the Honorable M. David Weisman:Settlement conference held. The parties were able to reach a settlement. Settlement terms agreed to via written term sheet. The parties have indicated that they will consent to proceed before this Court, and therefore should file a consent to proceed before the magistrate judge, which can be found on the Court's website. Status hearing set for 1/16/19 at 9:15 a.m. If a stipulation of dismissal is filed prior to that date, the status hearing will be stricken and no appearance will be necessary. The Court thanks counsel for their professionalism in resolving this matter. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.