IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUIS MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:18-cv-05906 |
| v. ) | |
| ) | Honorable Ronald A. Guzman |
| CITY OF CHICAGO, a municipal corporation; ) | |
| Officer MICHAEL G. JOLLIFF-BLAKE, Star No. ) | Magistrate Judge David Weisman |
| 11971; Officer WILLIAM G. RICKEY, Star No. 12201; ) | |
| and Sergeant MARC D. VANEK, Star No. 1426, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Richard Dvorak
Attorney for Plaintiff, Louis Martin
Dvorak Law Offices, LLC
6262 Kingery Highway, Suite 305
Willowbrook, Illinois 60527
(312) 593-7146
Attorney No. 6269687
FEIN:
DATE: 12/14/18

Mariam Fatima Hai
Attorney for Plaintiff, Louis Martin
Dvorak Law Offices, LLC
900 West Jackson, Suite 5W
Chicago, Illinois 60607
(630) 415-5135
Attorney No. 6322563
FEIN:
DATE: Dec. 14, 2018

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago
BY:
Steffanie Garrett, Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-6959, Attorney No. 6206951
DATE:

Jordan Yurdhich, Assistant Corporation Counsel III
Attorney for Defendants, Michael G. Jolliff-Blake,
William G. Rickey, and Marc D. Vanek
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-1625, Attorney No. 6307379
DATE: 12/18/2018